IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. _8:20CR 23_ |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | 18 U.S.C. § 2252A(b)(2) |
| vs. | ) | |
| | ) | |
| | ) | |
| DUSTIN A. ADAMS | ) | INDICTMENT |

THE GRAND JURY CHARGES:

On or about April 24, 2018, in the District of South Carolina, the defendant, DUSTIN A.

ADAMS, did knowingly possess material that contained images of child pornography, as defined

in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor, and which

had been mailed, shipped, and transported in interstate and foreign commerce by any means,

including by computer, and which were produced using materials that had been mailed and shipped

and transported in interstate and foreign commerce by any means, including by computer, in that

he did possess an HP Compaq dc8550 desktop computer on which were stored visual depictions

of persons under the age of eighteen engaging in sexually explicit conduct, as that term is defined

in Title 18, United States Code, Section 2256(2).

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A _TRUE_ Bill

REDACTED
_____
FOREPERSON

_____
A. LANCE CRICK (WJW/jl)
ACTING UNITED STATES ATTORNEY